IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SAMIR I. KREIT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-04-1600 |
| | § | |
| ST. PAUL FIRE AND MARINE INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED that Defendant St. Paul Fire and Marine Insurance Company's Motion to Dismiss for Plaintiff's Failure to State a Claim or, in the Alternative, Motion for Summary Judgment (Document No. 30) is GRANTED, and Plaintiff Samir I. Kreit's case is DISMISSED on the merits.

This is a **FINAL JUDGMENT.**

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 10th day of February, 2006.

_Ewing Werlein, Jr._
Ewing Werlein, Jr.
United States District Judge